IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                              )
RAY ELBERT PARKER,            )
                              )
          Plaintiff,          )
                              )
v.                            )       Civil Action No. 02-771-A
                              )
RONALDO T. NICHOLSON, et al., )
                              )
          Defendants.         )
_____)
```

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Rehearing on Appeal from this Court's Order of March 21, 2005. Plaintiff's Motion seeks review of a Magistrate's Order from February 5, 2003 and entry of final judgment on that Order. Pursuant to Federal Rule of Civil Procedure 72, a party must file objections to a Magistrate's order within ten days after being served with a copy of that order. Pursuant to Rule 72, "a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made." It appearing to the Court that Plaintiff's time to object to the February 5, 2003 Order expired on February 15, 2003, it is hereby

ORDERED that Plaintiff's Motion for Rehearing is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 22, 2005