IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| RAY ELBERT PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-771-A |
| | ) | |
| RONALDO T. NICHOLSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Rehearing on Appeal from this Court's Order of May 6, 2005 and on Plaintiff's Motion to Stay ruling on this motion and all further Orders pending the decision of the Supreme Court of the United States in Kelo v. City of New London. The Court being of the opinion that its previous ruling was correct for the reasons stated, and it appearing to the Court that there are no reasons why a stay should be granted, it is hereby

ORDERED that Plaintiff's Motion for Rehearing and Plaintiff's Motion to Stay Judgment and all Further Orders are DENIED.

_____/s/_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 27, 2005